**KRONENBERGER BURGOYNE, LLP**
Karl S. Kronenberger (Bar No. 226112)
Jeffrey M. Rosenfeld (Bar No. 222187)
Margarita Calpotura (Bar No. 244711)
150 Post Street, Suite 520
San Francisco, CA 94108
Telephone: (415) 955-1155
Facsimile: (415) 955-1158

Attorneys for Plaintiff SMOOTH CORP.

# UNITED STATES DISTRICT COURT
## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SMOOTH CORP.<br><br>Plaintiff,<br>v.<br><br>COMPLETE FLOORING SUPPLY CORPORATION dba CHI FONG SILK, a Georgia corporation **BIN LIU**, an individual, **FENG LIU**, an individual<br><br>Defendants. | CASE NO. 5:07-CV-03776-CW<br><br>STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE |

WHEREAS Plaintiff Smooth Corp. and Defendants Complete Flooring Supply Corporation, Bin Liu, and Feng Liu (collectively, the "Parties") have entered into a settlement agreement resolving all of the claims in the above-captioned action (the "Action").

IT IS HEREBY STIPULATED AND AGREED BETWEEN THE PARTIES AS FOLLOWS:

The Parties, by and through their counsel of record, hereby stipulate to dismissal of the entire Action, with prejudice, both parties to bear their own costs and attorneys' fees.

Dated: September 24, 2007

Karl S. Kronenberger
Jeffrey M. Rosenfeld
Margarita Calpotura
Kronenberger Burgoyne, LLP

By: _____
Karl S. Kronenberger

Attorneys for Plaintiff Smooth Corp.

Dated: September 26, 2007

Rachel R. Davidson
Kirkpatrick & Lockhart Preston Gates Ellis LLP

By: _____
Rachel R. Davidson

Attorneys for Defendants Complete Flooring Supply, Inc., Bin Liu, and Feng Liu

## ORDER

Having considered the parties' Stipulation of Dismissal with Prejudice and for good cause appearing, it is hereby ORDERED: This Action is dismissed with prejudice, with each party to bear its own attorneys' fees and costs.

Dated: September 27, 2007



The Honorable Claudia Wilken

United States Judge for the Northern District of California

3  STIPULATION AND [PROPOSED] ORDER OF DISMISSAL WITH PREJUDICE